FILED
2021 Sep-27 PM 02:20
U.S DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 5:21-cr-300-LCB-HNJ |
| LONNIE LEROY COFFMAN | |

## CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE PURSUANT TO FED. R. CRIM. P. 20

I, Lonnie Coffman, the defendant, have been informed than an Information is or will shortly be pending against me in the above designated case. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the District of Columbia, in which I, Lonnie Coffman, am held, and to waive trial in the above captioned District.

Dated:  September 22, 2021

_____
Defendant Lonnie Leroy Coffman

_____
Witness

Manuel Retureta, Esq.
Defense Counsel

/s/ *Henry Cornelius*
Henry Cornelius
Assistant United States Attorney

**Approved**

_Channing D. Phillips/RvH_
_____
Channing D. Phillips
United States Attorney
District of Columbia

_Prim Escalona_
_____
Prim F. Escalona
United States Attorney
Northern District of Alabama