FILED
2021 Sep-27  PM 02:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
<u>NORTHEASTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**LONNIE LEROY COFFMAN** | |

## INFORMATION

<u>**COUNT ONE**</u>:  [26 U.S.C. §§ 5861(d), 5841, 5845(f), and 5871]

The United States Attorney charges that:

Between on or about January 1, 2021, and January 6, 2021, in the Northern District of Alabama and elsewhere, the defendant,

**LONNIE LEROY COFFMAN,**

knowingly possessed a firearm, namely a destructive device, that is, eleven Molotov cocktails and any combination of parts designed and intended for use in converting any device into a Molotov cocktail, not registered to him in the National Firearms Registration and Transfer Record in violation of Title 26, United States Code, Sections 5861(d), 5841, 5845(f), and 5871.

Prim F. Escalona
United States Attorney

_____
Henry Cornelius
Assistant United States Attorney