①

Your Honor, I accept full responsibility for my actions on January 5th and 6th in the year of my Lord 2021. I had no intentions to hurt anyone or destroy any property and I did not do either. I came to Washington, D.C. alone. I did not come to join up with anyone or any group or organization. My objective was to try to discover just how true and secure was the election on November 3rd 2020. Did my vote go to the people I intended it to? When I realized just how unrealistic it was for me to think I could get close enough to anyone who would even listen to me, I walked around the outskirts of the event briefly, then left and started back to where my vehicle was parked. I am sorry I wasted my time and I am sorry for breaking the law. I ask the court to be mercyful when considering my sentence.

Your Honor, when I left my home in Alabama, sometime around January 3rd, I had no idea what trials, test of spirit and mental anguish that I would face over the coming months. If I had any idea that things would turn out like they did, I

would have stayed home. At my age, one of the most precious thing we possess is time, and I have wasted almost a whole precious year. I suppose it hasn't been a total waste. I learned a very important lesson about traveling with firearms and certain other items that I should not have had. I am pleading with you now your Honor, please be lenient as you determine what my future will be.

I know that I have several health issues which are major and must be delt with soon. These issues will require hospitalization and a few months in recoverary. I don't know all the details yet, not until I get an M.R.I. and a scope of my upper digestive tract to see exactly what they show. I hope to get these done at the V.A. hospital in Birmingham, AL, as soon as I get home and can get the appointments made.

If I am to serve parole time, I ask your Honor to please relax the travel distance to no less than 350 miles because I need a short vacation while I still have the faculties to enjoy one.

I ask your Honor to please not require

that I serve more time. If I am required to serve more time, my only source of income, which is my social security check of somewhere between $1300 and $1400.00 per month will immediately stop. Also if I don't get home before the end of the year, I would be required to pay property tax because if I am not living in my home I cannot claim the homestead exemption that Alabama allows citizens who are 65 years young.

Your Honor, I have chronic austio-authritus in both of my shoulders, the disc in the back of my neck, my right hip and both of my wrist and it continues to spread. My right shoulder has already been replaced and both of my thumb joints that connect the thumb to the wrist have been cut out and replaced with gristle.

Your Honor, I am still trying to get an M.R.I. of my left shoulder. I have made four request and I have not received any responce. On 10-16-21, I filled out a complaint form. The form says the IGP coordinator will respond within 7 business day. I have not received a responce yet.

They did inject steroids into my shoulder joint but the improvement has only been minor.

Your Honor, please send me home so I can get back into the V.A. medical system

and get my major health issues resolved and then I can start working on the more minor one, like ▮▮▮▮▮▮▮▮▮. My blood pressure, which was as good as anyone half my age, but now is all over the place because of the very poor diet and I am on a cardiac diet. The greed of those who contract to feed the inmates is unconscionable. The cardiac diet for lunch was 2 pieces of cheese food, 4 pieces of wheat or white bread, apple sauce, chopped up carrots. This is not unusual. Add the stress and anxiety of being locked up in here where some of the guards have severely beaten an inmate and another inmate had a visit in the middle of the night by some guards who turned off their body cameras in violation of the rules, and tried to intimidate the inmate. We are at the mercy of some very unbridled and unsavory people.

    This one last statement, Your Honor, there are a handful of honorable women and men, maybe a dozen if you count some of those who don't usually serve as pod guards, who treat us with the respect

due any honorable human being. I do appreciate your time and patience.

   Your Honor, I trust that your decision will be honorable and just when all the conditions are considered. I have ask others who know you and their opinion is that you are honorable and fair.

   It was my desire to read this statement to you live but I was afraid that my nerves would fail me and I would make a mess of presenting it, because of my depression.

   I thank you sincerely, Your Honor and I am sorry that I was unable to present this live.